IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARY ALICE TABB            *
                           *
                           *
                           *
v.                         *     Civil No. – TDC-15-2526
                           *
CAVALRY PORTFOLIO SERVICES, ET AL. *
                           ******

## MEMORANDUM

Two motions are presently pending in this case: a motion to sever claim against Comenity Capital Bank and remand the claim to the Circuit Court for Montgomery County, Maryland (document 27) and plaintiff's motion for leave to file amended complaint.[1] Comenity's motion will be granted and plaintiff's motion will be denied.

It appears that plaintiff's claim against Comenity is unrelated to the claims against the other defendants and does not meet the $75,000 jurisdictional amount. It appears to involve only a $20 charge for return of an item purchased by plaintiff. Accordingly, severance of the claim and remand of the severed claim to the Circuit Court for Montgomery County is appropriate under 28 U.S.C. § 1441(c)(2). Plaintiff's proposed amended complaint combines claims that did not arise out of "the same transaction, occurrence, or series of occurrences." Accordingly, joinder of the claims is not appropriate under Fed. R. Civ. P. 20(a).

A separate order effecting the rulings made in this memorandum is being entered herewith.

Date: 3/31/16          /s/ J. Frederick Motz
                       J. Frederick Motz
                       United States District Judge

---

[1] Because of a temporary imbalance in caseload, I am handling these motions for Judge Chuang.

1